**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ORLANDO ENRIQUE CIBADA MOLINA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1874-KC** |
| | § | |
| **MARY DE ANDA-YBARRA et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered Orlando Enrique Cibada Molina's Petition for a Writ of Habeas Corpus, ECF No. 3. On July 29, 2026, the Court ordered Respondents by no later than August 5, 2026, to either (1) provide Cibada Molina with a bond hearing before an immigration judge ("IJ"), or (2) release him from custody under reasonable conditions of supervision. July 29, 2026, Order 5, ECF No. 7. Respondents now inform the Court that, on August 4, 2026, an IJ ordered Cibada Molina released from custody under bond. Status Report, ECF No. 10; *see id.* Ex. A ("IJ Order"), ECF No. 10-1.

Therefore, it appears that that no matters remain pending for the Court's consideration. *See generally* Pet.; July 29, 2026, Order. Accordingly, **the Clerk shall close the case**.

**SO ORDERED**.

**SIGNED this 7th day of August, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE